UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-05106-RGK (RAOx) | Date | January 20, 2017 |
|---|---|---|---|
| Title | *LUPE CARCAMO v. WAL-MART STORES, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Charles A. Rojas | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding Action to State Court

On March 29, 2016, Lupe Carcamo ("Plaintiff") filed a personal injury action against Wal-Mart Stores, Inc. ("Defendant") arising from a slip and fall. Plaintiff alleges claims for general negligence and premises liability.

On July 12, 2016, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's conclusory Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involves an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must supply this jurisdictional fact in the Notice of Removal by a preponderance of the evidence. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-567 (9th Cir. 1992).

In her form complaint, Plaintiff alleges that her claims exceed $25,000 in damages. In its Notice of Removal, Defendant states only in conclusory fashion that based on the alleged injuries and claim of surgery, the amount in controversy will exceed $75,000. This statement does not come close to establishing this jurisdictional fact by a preponderance of the evidence.

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer        cr